IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT HEILMAN, | 03:11-cv-594-KI |
| Plaintiff, | ORDER |
| v. | |
| RICK COURSEY, et al., | |
| Defendants. | |

KING, Judge

Plaintiff, an inmate at Two Rivers Correctional Institution, brings this civil rights action *pro se*. Currently before the court are plaintiff's renewed motion for appointment of counsel (#18) and motion for service (#19).

I.   **Pro Bono Counsel**.

IT IS ORDERED that plaintiff's motion for appointment of counsel (#18) is GRANTED. The Clerk of the Court is DIRECTED to seek counsel from the Court's *pro bono* panel for the limited purpose of reviewing the case and determining whether to accept representation.

1 - ORDER

II. **Amendment of Complaint/Service of Process**.

IT IS ORDERED that plaintiff's motion for service and to correct (#19) is CONSTRUED IN PART as a motion to amend the complaint by interlineation to correct the spelling of Correctional Officer "Lowell" to "Lowe." The motion is granted, and the complaint is amended by interlineation to correct the spelling error.

Additionally, plaintiff's request for service of process on EOCI Correctional Officer Lowe is GRANTED. Plaintiff shall complete a U.S. Marshal Instruction form for service upon Lowe and return it to the court. Upon receipt of the completed instruction form by the court, IT IS ORDERED that the Clerk shall issue process as to defendant Lowe. Service of the summons and complaint upon defendant Lowe shall be made by the United States Marshal's Service. Plaintiff is advised that he need not serve defendants Coursey, Harder, Dalh, or Branstetter because they have waived service and filed an appearance.

Defendants' motions for summary judgment (#20) and to stay discovery (#23) are held in abeyance pending review of this case by *pro bono* counsel. The time for defendants to respond to plaintiff's first set of interrogatories similarly is held in abeyance until further order of the court.

///

///

2 - ORDER

The Clerk of the Court is DIRECTED to send plaintiff a U.S. Marshal Instruction Form (USM-285) with this order.

IT IS SO ORDERED.

DATED this ____27th____ day of September, 2011.

                                        /s/ Garr M. King
                                        Garr M. King
                                        United States District Judge

3 - ORDER